UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| OLSEN, JOHN H | ) | Case No. 07-19943-ERW |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **December 9, 2008**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $10,004.37 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $10,004.37 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Frances Gecker
*Trustee Compensation* | $0.00 | $1,244.99 | $0.00 |
| FRANK/GECKER LLP
*Attorney for Trustee* | $0.00 | $2,982.50 | $4.26 |

1

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. Claims of general unsecured creditors totaling $718.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus interest at the T-Bill rate of 3.97%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Purshotam D Sawlani MD | $657.89 | $684.80 |
| 000002 | Arun Ohri Md & Fahrenbach Md | $60.90 | $63.39 |

7. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

8. Back to Debtor will be $5,024.43. This case is a surplus case.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Olsen, John H | $5,024.43 | $5,024.43 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **November 6, 2008**     For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street, 7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

{ OLSENJ / 001 / 00015350.DOC /}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Nov 06, 2008
Case: 07-19943                Form ID: pdf002              Total Served: 40

The following entities were served by first class mail on Nov 08, 2008.
db           +John H Olsen,    4119 N Odell St,    Norridge, IL 60706-1126
aty          +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
tr           +Frances Gecker,    325 North LaSalle Street,    Suite 625,   Chicago, IL 60654-6465
11706457     +Addison Emergency Physicians,    520 E 22nd St,    Lombard, IL 60148-6110
11706459      Arun Ohri MD & Fahrenbach MD,    7447 W Talcott #209,    Chicago, IL 60631-3713
11706460     +Central Addison Medical Group LLC,    PO Box 2245,    Schiller Park, IL 60176-0245
11706461      City of Chicago EMS,    33589 Treasury Ctr,   Chicago, IL 60694-3500
11706462     +Clinical Associates,    1460 Market St #300,   Des Plaines, IL 60016-4643
12642445     +Credit Protect Assoc,    PO Box 802068,    Dallas, TX 75380-2068
11706463     +Diagnostic Imaging Assoc,    c/o MCS collections Inc,    725 S Wells #501,   Chicago, IL 60607-4516
11706464     +Diagnostic Psychiatry,    c/o JDT Med Billing,    6033 N Sheridan Ste N6,   Chicago, IL 60660-3013
11706466     +Heart Rhythm Specialists SC,    7447 W Talcott #358,    Chicago, IL 60631-3720
11706467     +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
11706468     +Ill Coll Svc,    4647 W 103rd St,    Oak Lawn, IL 60453-4779
11706469      Illinois Collection Service,    PO Box 646,    Oak Lawn, IL 60454-0646
11706471     +KSD Internal Medical Associates LLC,    675 W North Ave,   Melrose Park, IL 60160-1634
11706470     +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11706472     +Loyola Univ Medical Center,    2160 S First Ave,    Maywood, IL 60153-3328
11706473     +Med Busi Bur,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
11706474     +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6993
11706475     +Midwest Neoped,    900 Jorie Blvd #186,    Oak Brook, IL 60523-3855
11706476     +Midwest Neoped Assoc,    Po Box 2686,    Carol Stream, IL 60132-0001
11706481      NW Infectious Disease Consultants,    36490 Treasury Cir,   Chicago, IL 60694-6400
11706477     +Nationwide Credit & Co,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
11706478     +Northwest Advanced Surgical Assoc,    4501 N Lincoln Ave,   Chicago, IL 60625-2102
11706479     +Northwest Metropolitan Urology,    7447 W Talcott #427,   Chicago, IL 60631-3715
11706480     +Northwest suburban Medical Assoc,    1200 Central Rd Ste C,   Arlington Heights, IL 60005-2403
11706482      Opthalmology Northwest SC,    7447 W Talcott #406,    Chicago, IL 60631-3715
11706483     +Our Lady of Resurrection Med,    5645 W. Addison,    Chicago, IL 60634-4403
11706484      Purshotam D Sawlani MD &,    Dmitry Sukenik MD,    7447 W Talcott #304,   Chicago, IL 60631-3714
11706487     +RMC Emergency Physicians,    520 E 22nd St,    Lombard, IL 60148-6110
11706485      Resurrection Med Ctr,    c/o RPM Inc,    PO Box 598148,   Chicago, IL 60659-8148
11706486     +Resurrection Med Ctr,    7435 W Talcott,    Chicago, IL 60631-3746
11706488     +Talcott Internal Medicine & Cardiol,    7447 W Talcott #262,   Chicago, IL 60631-3757
11706489     +United Collection Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
11706490     +Van Ru Crdt,    10024 Skokie Blvd,    Skokie, IL 60077-1037

The following entities were served by electronic transmission on Nov 07, 2008.
aty          +E-mail/Text: DJW@DWINTERLAW.COM                            Daniel J Winter,
               Law Offices Of Daniel J Winter,    53 W Jackson Suite 725,   Chicago, IL 60604-3476
11706458     +E-mail/Text: RBALTAZAR@ARMORSYS.COM                        Armor Systems Co,
               1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
11706465     +E-mail/Text: bkynotice@harvardcollect.com                  Harvard Coll,   4839 N Elston,
               Chicago, IL 60630-2589
12642458     +E-mail/PDF: ebn@phinsolutions.com Nov 07 2008 04:21:02     Plaza Associates,   370 7th Ave,
               NY, NY 10001-3900
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**          **Signature:**   _Joseph Speetjens_